**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No. 06-cv-00463-LTB-MEH

FREDA HYATT,

Plaintiff,

v.

BODY MASTERS SPORTS INDUSTRIES, INC., a Louisiana Corporation, a/k/a BODY MASTERS,

Defendant.

-----------------------------------------------------------------------------------------------------------------

**ORDER GRANTING NINETY DAY STAY**

-----------------------------------------------------------------------------------------------------------------

The Court, having reviewed the Plaintiff's status Report and Request for Ninety Day Stay of Proceedings hereby GRANTS the request for stay. The Plaintiff is ORDERED to have this case served no later than September 30, 2006 to inform this Court about the status of this matter on or before that time.

BY THE COURT:

s/Lewis T. Babcock
Lewis T. Babcock, Chief Judge

DATED: July 3, 2006